**Dismiss and Opinion Filed September 14, 2023**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00563-CR**

_____

**EBBY DEWAYNE WADE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 073026**

## MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Kennedy
Opinion by Justice Kennedy

Ebby Dewayne Wade brings this appeal, but we lack jurisdiction because there is no judgment or other appealable order in the record.

The clerk's record filed July 21, 2023, shows appellant was indicted for murder on February 22, 2021. On May 24, 2023, appellant filed his "Application for a Writ of Habeas Corpus Seeking a Right to Proceed Pro Se and Bond Reduction." On June 5, 2023, appellant filed a notice of appeal stating the trial court's "denial, rejection and/or failure to conduct and hold the lawfully proper Writ/Evidentiary hearing is in violation of" appellant's constitutional and statutory

rights. On July 19, 2023, the official court reporter for the 397th District Court informed this Court that no hearings had been held regarding appellant's "complaint." The record contains no ruling on appellant's application for habeas corpus.

On July 25, 2023, this Court sent appellant a letter notifying appellant that absent a ruling by the trial court on the application for writ of habeas corpus, we had no jurisdiction over this appeal. We requested appellant to file a letter brief by August 14, 2023, addressing whether the trial court had signed an appealable order in this case. Appellant has not responded to our letter.

We have no jurisdiction to entertain an appeal unless the trial court has entered a judgment or appealable order. *See* TEX. R. APP. P. 25.2(b), 26.2(a)(1); *State v. Sanavongxay*, 407 S.W.3d 252, 259 (Tex. Crim. App. 2012); *Henderson v. State*, 153 S.W.3d 735, 735–36 (Tex. App.—Dallas 2005, no pet.). Because appellant has not identified any judgment or other appealable order before this Court, we conclude we lack jurisdiction over this appeal. Accordingly, we dismiss this appeal for lack of jurisdiction.

230563f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)

/Nancy E. Kennedy/
NANCY KENNEDY
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EBBY DEWAYNE WADE,
Appellant

No. 05-23-00563-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 397th Judicial
District Court, Grayson County,
Texas
Trial Court Cause No. 073026.
Opinion delivered by Justice
Kennedy. Justices Carlyle and Smith
participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED** for lack of jurisdiction.


Judgment entered this 14th day of September 2023.